# CASE ANNOUNCEMENTS
## April 1, 2014

[Cite as *04/01/2014 Case Announcements*, 2014-Ohio-1386.]

## MOTION AND PROCEDURAL RULINGS

**In re Buoscio.**
On December 21, 2011, this court found Samuel L. Buoscio to be a vexatious litigator under S.Ct.Prac.R. 4.03. This court further ordered that Buoscio was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. On March 20, 2014, Buoscio presented an application for leave to file.

It is ordered by the court that the application for leave is denied.

PFEIFER, Acting C.J.

O'CONNOR, C.J., not participating.

# CASE ANNOUNCEMENTS
## April 2, 2014

[Cite as *04/02/2014 Case Announcements*, 2014-Ohio-1404.]

## MOTION AND PROCEDURAL RULINGS

**In re Bozsik.**
On June 4, 2008, this court found Steven A. Bozsik to be a vexatious litigator under S.Ct.Prac.R. 4.03(B). This court further ordered that Bozsik was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On March 25, 2014, Bozsik submitted an application for leave to commence a notice of appeal and memorandum in support of jurisdiction.

It is ordered by the court that the application for leave is denied.

**2012–1670. State ex rel. Wyrick v. Indus. Comm.**
Franklin App. No. 11AP–653, 2012-Ohio-4127. This cause came on for further consideration upon the filing of appellant's motion to strike appellee's motion for reconsideration or to order service and to impose a new filing deadline. It is ordered by the court that the motion to strike is denied, and the motion to impose a new filing deadline is granted. It is further ordered that appellant may file a memorandum in response to the motion for reconsideration within 10 days of the date of this entry.